DURE v. WRIGHT. (Circuit Court of Appeals, Fifth Circuit. December 11, 1915.) No. 2826. Appeal from the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge. John R. L. Smith, of Macon, Ga., for appellant. George S. Jones and Orville A. Park, both of Macon, Ga., for appellee. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

.PER CURIAM. We have examined the transcript in this case in all the aspects suggested by the assignments of error, and, having considered the same in the light of the briefs of counsel, we conclude that for the reasons given by Judge Speer (221 Fed. 736), found in the record, the decree appealed from should be affirmed; and it is so ordered.

ELK GARDEN CO. v. T. W. THAYER CO. (Circuit Court of Appeals, Fourth Circuit. May 4, 1915.) No. 1269. In Error to the District Court of the United States at Abingdon, Va. Writ of error dismissed on motion of plaintiff in error by and with consent of defendant in error. H. E. Widener and J. Irby Hurt, both of Abingdon, Va., for plaintiff in error. George E. Penn, Sr., of Abingdon, Va., for defendant in error. For opinion below, see 206 Fed. 212.

FIRST NAT. BANK OF HANOVER, PA., et al. v. DICKINSON. (Circuit Court of Appeals, Fourth Circuit. May 21, 1915.) No. 1353. Appeal from the District Court of the United States at Charleston, W. Va., in Bankruptcy. Appeal dismissed, with leave to appellants to move to reinstate cause within 10 days—no brief being filed by appellants and no counsel appearing for the respective parties upon case being called. Joseph H. Gaines, of Charleston, W. Va., for appellants. Payne, Minor & Bouchelle, of Charleston, W. Va., for appellee.

JOHN CHURCH CO. v. HILLIARD HOTEL CO. et al. (Circuit Court of Appeals, Second Circuit. December 27, 1915.) No. 204. Appeal from the District Court of the United States for the Southern District of New York. Appeal from decree dismissing bill for alleged infringement of copyright. Before LACOMBE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. Decree affirmed, with costs. Submitted without argument. See, also, 221 Fed. 229, 136 C. C. A. 639.

JOHNSON et al. v. HUNTER. (Circuit Court of Appeals, Fifth Circuit. January 31, 1916.) No. 2798. In Error to the District Court of the United States for the Southern District of Mississippi; Henry C. Niles, Judge. Robert B. Mayes, G. Garland Lyell, Marcellus Green, and Garner W. Green, all of Jackson, Miss., for plaintiffs in error. Silas W. Davis, of New Orleans, La., and J. N. Flowers, of Jackson, Miss., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. We find none of the assignments of error well taken. The plaintiff below was entitled to the judgment he received, and the same is affirmed.